# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

SHANTICE TILLERY, IN HER OWN RIGHT AND PARENT AND NATURAL GUARDIAN ON BEHALF OF HER MINOR SON, SHAMIR D. TILLERY

v.

THE CHILDREN'S HOSPITAL OF PHILADELPHIA, CHILDREN'S HEALTHCARE ASSOCIATES, INC., MONIKA GOYAL, M.D., JOEL FEIN, M.D., KYLE NELSON, M.D.

PETITION OF: THE CHILDREN'S HOSPITAL OF PHILADELPHIA AND MONIKA GOYAL, M.D.

: No. 227 EAL 2017
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.

    The Application for Leave to File Reply is also **DENIED**.